LEVY, RAM & OLSON
Michael F. Ram (SBN 104805)
mfr@lrolaw.com
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

SPECTOR, ROSEMAN & KODROFF, P.C.
Robert M. Roseman
rroseman@srk-law.com
Jay Cohen
jcohen@srk-law.com
Andrew D. Abramowitz
aabramowitz@srk-law.com
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. McCARTHY PROFIT SHARING PLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENENTECH, INC., ROCHE HOLDING, LTD, ROCHE HOLDINGS, INC., ROCHE HOLDING AG, ARTHUR D. LEVINSON, HERBERT W. BOYER, WILLIAM M. BURNS, ERICH HUNZIKER, JONATHAN K.C. KNOWLES, DEBRA L. REED, AND CHARLES SANDERS,<br>Defendants. | Civil Action No. 08-3720 (JCS) |

### WAIVER OF SERVICE OF SUMMONS

TO:  Robert M. Roseman
     Jay Cohen
     Andrew D. Abramowitz Esq.
     SPECTOR, ROSEMAN & KODROFF, P.C.

     Michael F. Ram
     LEVY, RAM & OLSON

I hereby waive service of a summons in this action on behalf of defendants Genentech, Inc. and Arthur D. Levinson. I further acknowledge that I have received a copy of the complaint in the action.

I agree to save the cost of service of a summons by not requiring that defendants Genentech, Inc. and Arthur D. Levinson be served with judicial process in the manner provided by Rule 4.

Genentech, Inc. and Arthur D. Levinson will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against Genentech, Inc. and Arthur D. Levinson if an answer or motion under Rule 12 is not served upon you within 60 days or at such other time as the Court orders.

8/6/08
Date

Benjamin M. Crosson
Wilson Sonsini Goodrich & Rosati, P.C.
Benjamin M. Crosson
650 Page Mill Road
Palo Alto, CA 94304
Tel:  650.493.9300
Fax:  650.493.6811

As Counsel for Defendants Genentech, Inc. and Arthur D. Levinson