ORIGINAL

1  LEVY, RAM & OLSON
   Michael F. Ram (SBN 104805)
2  mfr@lrolaw.com
3  639 Front Street, 4th Floor
   San Francisco, CA 94111
4  Telephone: (415) 433-4949
   Facsimile: (415) 433-7311
5
   SPECTOR, ROSEMAN & KODROFF, P.C.
6  Robert M. Roseman
7  rroseman@srk-law.com
   Jay Cohen
8  jcohen@srk-law.com
   Andrew D. Abramowitz
9  aabramowitz@srk-law.com
   1818 Market Street, Suite 2500
10 Philadelphia, PA 19103
11 Telephone: (215) 496-0300
   Facsimile: (215) 496-6611
12
   Attorneys for Plaintiff, Class Members,
13 and all others similarly situated
14
15            **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| 17  JOHN P. McCARTHY PROFIT SHARING ) <br> PLAN, individually and on behalf of all ) <br> 18  Others similarly situated, ) <br> ) <br> 19                           Plaintiff, ) <br> ) <br> 20  v. ) <br> ) <br> 21 ) <br> GENENTECH, INC., ROCHE HOLDING, ) <br> 22  LTD, ROCHE HOLDINGS, INC., ROCHE ) <br> HOLDING AG, ARTHUR D. LEVINSON, ) <br> 23  HERBERT W. BOYER, WILLIAM M. ) <br> 24  BURNS, ERICH HUNZIKER, ) <br> JONATHAN K.C. KNOWLES, DEBRA L. ) <br> 25  REED, AND CHARLES SANDERS, ) <br> ) <br> 26                           Defendants. ) | No.  CV 08-3720 JCS <br><br> **PROOF OF SERVICE** |

FILED
08 AUG 12 PM 2:41
U.S. DISTRICT COURT
N.D. OF CALIFORNIA

Case No. CV08-3720 JCS - PROOF OF SERVICE

Michael F. Ram, State Bar #104805
Levy, Ram & Olson
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 433-4949

Attorney for: Plaintiff

United States District Court
Northern District of California

Plaintiff: John P. McCarthy Profit Sharing Plan

Defendant: Genentech, Inc., et al.

Ref #:                                                              Case #: CV08-3720 JCS

## PROOF OF SERVICE

At the time of service I was at least eighteen years of age and not a party to this action. I served copies of the:
Summons; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information Handout; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Civil Standing Orders for Magistrate Judge Joseph C. Spero; Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California (booklet); Welcome to the U.S. District Court (handout)

in the within action by personally delivering true copies thereof to the person named below, as follows:

Party Served:    Genentech, Inc.

By Serving:      Rebecca Riordan -- authorized to accept service

Address:         1633 Grand View Drive
                 South San Francisco, CA 94080

Date of Service: 8/5/08

Time of Service: 2:45 PM

Person Serving:
John Phillips
JoshCo. Attorney Services                                  Fee for Service:
41 Sutter Street, #1861
San Francisco, CA 94104                                    Registered California process server.
Phone: (415) 296-8174                                      (1) Employee or Independent Contractor.
                                                           (2) Registration no: 1048
                                                           (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/6/08                                  Signature: _____

## PROOF OF SERVICE

I, Cheryl F. Pritchard, state:

I am a citizen of the United States. My business address is 639 Front Street, Fourth Floor, San Francisco, CA 94111. I am employed in the City and County of San Francisco where this mailing occurs. I am over the age of eighteen years and not a party to this action. On August 11, 2008, I served the foregoing document(s) described as:

## PROOF OF SERVICE

on the following person(s) in this action addressed as follows:

Registered Agent for Genentech
1633 Grand View Drive
South San Francisco, CA 94080

*Registered Agent for Genentech*

**X**  **BY FIRST CLASS MAIL** - I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.

☐  BY PERSONAL SERVICE: - I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐  BY OVERNIGHT MAIL - I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s).

☐  BY FACSIMILE - I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

☐  BY EMAIL - I caused said document to be transmitted by email to the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 11, 2008, at San Francisco, California.

*/s/ Cheryl F. Pritchard*
Cheryl F. Pritchard