1
2
3
4
5
6
7
8
9
10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                            SAN JOSE DIVISION
13

14  ARNOLD WANDEL, individually and on behalf  )   CASE NO.:  CV 08-3543 (SC)
    of all others similarly situated,          )
15                                             )   **STIPULATION AND [PROPOSED]**
              Plaintiff,                       )   **ORDER EXTENDING TIME FOR**
16                                             )   **DEFENDANTS TO RESPOND TO**
         v.                                    )   **COMPLAINT**
17                                             )
    HERBERT W. BOYER, Ph.D., WILLIAM M.        )
18  BURNS, ERICH HUNZIKER, Ph.D.,              )
    JONATHAN K.C. KNOWLES, Ph.D., ARTHUR       )
19  D. LEVINSON, Ph.D., DEBRA L. REED,         )
    CHARLES A. SANDERS, M.D., GENENTECH,       )
20  INC., AND ROCHE HOLDING AG,                )
                                               )
21            Defendants.                      )
                                               )
22

23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER                 -1-                           3422435_2.DOC
EXTENDING TIME TO RESPOND
CV 08-3543, CV 08-3720, CV 08-3753

| | |
|---|---|
| JOHN P. McCARTHY PROFIT SHARING PLAN, individually and on behalf of all Others similarly situated, | CASE NO.: CV 08-3720 (JCS) |
| Plaintiff, | |
| v. | |
| GENENTECH, INC., ROCHE HOLDING, LTD, ROCHE HOLDINGS, INC., ROCHE HOLDING AG, ARTHUR D. LEVINSON, HERBERT W. BOYER, WILLIAM M. BURNS, ERICH HUNZIKER, JONATHAN K.C. KNOWLES, DEBRA L. REED, AND CHARLES SANDERS, | |
| Defendants. | |
| ERNEST GOTTDIENER, on behalf of himself and all others similarly situated, | CASE NO.: CV 08-3753 (JL) |
| Plaintiff, | |
| v. | |
| ARTHUR D. LEVINSON, Ph.D., CHARLES A. SANDERS, M.D., JONATHAN K.C. KNOWLES, Ph.D., WILLIAM M. BURNS, ERICH HUNZIKER, Ph.D., HERBERT W. BOYER, Ph.D., DEBRA L. REED, GENENTECH, INC. and ROCHE HOLDING AG, | |
| Defendants. | |

WHEREAS, Plaintiff Arnold Wandel filed a Complaint on July 23, 2008 against Defendants Herbert W. Boyer, Ph.D., William M. Burns, Erich Hunziker, Ph.D., Jonathan K.C. Knowles, Ph.D., Arthur D. Levinson, Ph.D., Debra L. Reed, Charles A. Sanders, M.D., Genentech, Inc., and Roche Holding AG;

WHEREAS, Plaintiff John P. McCarthy Profit Sharing Plan filed a Complaint on August 4, 2008 against Defendants Genentech, Inc., Roche Holding, LTD, Roche Holdings, Inc., Roche Holding AG, Arthur D. Levinson, Herbert W. Boyer, William M. Burns, Erich Hunziker, Jonathan K.C. Knowles, Debra L. Reed, and Charles Sanders;

WHEREAS, Plaintiff Ernest Gottdiener filed a Complaint on August 5, 2008 against Defendants Arthur D. Levinson, Ph.D., Charles A. Sanders, M.D., Jonathan K.C. Knowles,

1  Ph.D., William M. Burns, Erich Hunziker, Ph.D., Herbert W. Boyer, Ph.D., Debra L. Reed,

2  Genentech, Inc., and Roche Holding AG;

3      WHEREAS, the undersigned parties have met and conferred and anticipate that these

4  actions are related;

5      WHEREAS, the undersigned parties further anticipate that these related actions will be

6  consolidated and that, following appointment of a lead plaintiff and lead counsel by the Court, a

7  Consolidated Amended Class Action Complaint will be filed;

8      WHEREAS, no defendant, by agreeing to this stipulation, waives any right to object to

9  service or the jurisdiction of this Court;

10     WHEREAS, the undersigned parties wish to avoid burdening the Court with unnecessary

11 motion practice;

12     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

13 subject to approval of the Court, as follows:

14     1.    No defendant need respond to any of the initial complaints filed in the above-

15 captioned matters;

16     2.    Lead Plaintiffs shall file a Consolidated Amended Class Action Complaint no

17 later than sixty (60) days after the appointment of Lead Plaintiffs and approval of Lead Counsel;

18     3.    Defendants shall answer or otherwise respond to the Consolidated Amended

19 Complaint no later than forty-five (45) days after the Consolidated Amended Complaint is filed.

20

21 Dated: August 21, 2008                Respectfully submitted,

22                                          WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation

23

24

25                                          By: _____/s/_____
                                             Ignacio E. Salceda

26                                          Attorneys for Defendants
                                         GENENTECH, INC. AND ARTHUR D.

27                                          LEVINSON

28

| | |
|---|---|
| 1  Dated: August 21, 2008 | DAVIS POLK & WARDWELL |
| 2  | 450 Lexington Avenue |
|    | New York, NY 10017 |
| 3  | Telephone: (212) 450-4000 |
|    | Facsimile: (212) 450.3800 |
| 4  | and |
| 5  | DAVIS POLK & WARDWELL |
|    | 1600 El Camino Real |
| 6  | Menlo Park, CA 94025 |
|    | Telephone: (650) 752-2000 |
| 7  | Facsimile: (650)752-2111 |

By: _____/s/_____
    Lawrence Portnoy

Attorneys for Defendant
Roche Holdings, Inc.

Dated: August 21, 2008

LATHAM & WATKINS, LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

By: _____/s/_____
    Paul H. Dawes

Attorneys for Defendants
Herbert W. Boyer, Ph.D., Debra L. Reed, and *specially appearing*, Charles A. Sanders

Dated: August 21, 2008

WOLF HALDENSTEIN ADLER FREEMN & HERZ, LLP
Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
750 B Street, Sute 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

By: _____/s/_____
    Betsy C. Manifold

Attorneys for Plaintiff Arnold Wandel, and all others similarly situated

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND
CV 08-3543, CV 08-3720, CV 08-3753

-4-

3422435_2.DOC

| | |
|---|---|
| | WOLF HALDENSTEIN ADLER FREEMN & HERZ, LLP<br>270 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 545-4600<br>Facsimile: (212) 545-4653 |
| | -and- |
| | LAW OFFICES OF MARC S. HENZEL<br>Marc S. Henzel<br>273 Montgomery Avenue, Suite 202<br>Bala Cynwyd, PA 19004<br>Telephone: (610) 660-8000<br>Facsimile: (610) 660-8080 |
| Dated:  August 21, 2008 | SPECTOR, ROSEMAN & KODROFF, P.C.<br>Robert M. Roseman<br>Jay Cohen<br>Andrew Abramowitz<br>Rachel E. Kopp<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611 |
| | By: _____/s/_____<br>       Andrew D. Abramowitz |
| | Attorneys for Plaintiff John P. McCarthy Profit Sharing Plan, Class Members, and all others similarly situated |
| | -and- |
| | LEVY, RAM & OLSON<br>Michael F. Ram<br>639 Front Street, 4th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 433-4949<br>Facsimile: (415) 433-7311 |

| | |
|---|---|
| Dated: August 21, 2008 | KAPLAN, FOX & KILSHEIMER, LLP<br>Laurence D. King<br>Louis A. Kessler<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Telephone: (415) 772-4700<br>Facsimile: (415) 772-4707 |

By: _____/s/_____
      Laurence D. King

Attorneys for Plaintiff Ernest Gottdiener, and all others similarly situated

-and-

BULL & LIFSHITZ, LLP
Peter D. Bull
Joshua M. Lifshitz
18 East 41st Street
New York, NY 10017
Telephone: (212) 213-6222
Facsimile: (212) 213-9405

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
                                                                   United States District Judge