1  BORIS FELDMAN, State Bar No. 128838
   DAVID J. BERGER, State Bar No. 147645
2  IGNACIO E. SALCEDA, State Bar No. 164017
   KATHERINE L. HENDERSON, State Bar No. 242676
3  STEPHANIE A. McMAHON, State Bar No. 247720
   WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
6  Facsimile: (650) 565-5100
   Email: boris.feldman@wsgr.com
7
   Attorneys for Defendants
8  GENENTECH, INC. and ARTHUR D.
   LEVINSON
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14  ARNOLD WANDEL, individually and on behalf  )   CASE NO.: CV 08-3543 (SC)
    of all others similarly situated,          )
15                                             )   **CERTIFICATE OF SERVICE BY**
    Plaintiff,                                 )   **MAIL**
16                                             )
         v.                                    )
17                                             )
    HERBERT W. BOYER, Ph.D., WILLIAM M.        )
18  BURNS, ERICH HUNZIKER, Ph.D.,              )
    JONATHAN K.C. KNOWLES, Ph.D., ARTHUR       )
19  D. LEVINSON, Ph.D., DEBRA L. REED,         )
    CHARLES A. SANDERS, M.D., GENENTECH,       )
20  INC., AND ROCHE HOLDING AG,                )
                                               )
21  Defendants.                                )
                                               )

22

23  *Caption continued on next page.*

24

25

26

27

28

CERTIFICATE OF SERVICE BY MAIL                    -1-                          3434393_2.DOC
CASE NOS.: CV 08-3543 (SC) & CV 08-3720 (SC)

| | | |
|---|---|---|
| 1 | JOHN P. McCARTHY PROFIT SHARING PLAN, individually and on behalf of all Others similarly situated, | ) CASE NO.: CV 08-3720 (JCS) |
| 2 | | ) |
| 3 | Plaintiff, | ) |
| 4 | v. | ) |
| 5 | GENENTECH, INC., ROCHE HOLDING, LTD, ROCHE HOLDINGS, INC., ROCHE HOLDING AG, ARTHUR D. LEVINSON, HERBERT W. BOYER, WILLIAM M. BURNS, ERICH HUNZIKER, JONATHAN K.C. KNOWLES, DEBRA L. REED, AND CHARLES SANDERS, | ) |
| | Defendants. | ) |

I, Elizabeth J. Blackey, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

☒  By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

| | |
|---|---|
| Lawrence Portnoy<br>**Davis Polk & Wardwell**<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000<br>Fax: (212) 450-3800 | Paul H. Dawes<br>**Latham & Watkins, LLP**<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Tel: (650) 328-4600<br>Fax: (650) 463-2600 |
| Robert M. Roseman<br>Andrew Abramowitz<br>**Spector, Roseman & Kodroff, P.C.**<br>1818 Market St., Suite 2500<br>Philadelphia, PA 19103<br>Tel: (215) 496-0300<br>Fax: (215) 496-6611 | Marc S. Henzel<br>**Law Offices of Marc S. Henzel**<br>273 Montgomery Ave., Suite 202<br>Bala Cynwyd, PA 19004<br>Tel: (610) 660-8000<br>Fax: (610) 660-8080 |

1  I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and
2  processing of documents for delivery according to instructions indicated above.  In the ordinary
3  course of business, documents would be handled accordingly.
4  I declare under penalty of perjury under the laws of the State of California that the
5  foregoing is true and correct.  Executed at Palo Alto, California on August 27, 2008.

Elizabeth J. Blackey