1
2
3
4
5
6
7
8
9
10 UNITED STATES DISTRICT COURT
11 NORTHERN DISTRICT OF CALIFORNIA
12 ~~SAN JOSE DIVISION~~
SAN FRANCISCO DIVISION
13

| | |
|---|---|
| 14  ARNOLD WANDEL, individually and on behalf of all others similarly situated, )<br>)<br>15  )<br>Plaintiff, )<br>16  )<br>v. )<br>17  )<br>HERBERT W. BOYER, Ph.D., WILLIAM M. )<br>18  BURNS, ERICH HUNZIKER, Ph.D., )<br>JONATHAN K.C. KNOWLES, Ph.D., ARTHUR )<br>19  D. LEVINSON, Ph.D., DEBRA L. REED, )<br>CHARLES A. SANDERS, M.D., GENENTECH, )<br>20  INC., AND ROCHE HOLDING AG, )<br>)<br>21  Defendants. )<br>) | CASE NO.: CV 08-3543 (SC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND
CV 08-3543 (SC) AND CV 08-3720 (SC)

3422435_3.DOC

| | |
|---|---|
| JOHN P. McCARTHY PROFIT SHARING PLAN, individually and on behalf of all Others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENENTECH, INC., ROCHE HOLDING, LTD, ROCHE HOLDINGS, INC., ROCHE HOLDING AG, ARTHUR D. LEVINSON, HERBERT W. BOYER, WILLIAM M. BURNS, ERICH HUNZIKER, JONATHAN K.C. KNOWLES, DEBRA L. REED, AND CHARLES SANDERS,<br><br>Defendants. | CASE NO.: CV 08-3720 (SC) |

WHEREAS, Plaintiff Arnold Wandel filed a Complaint on July 23, 2008 against Defendants Herbert W. Boyer, Ph.D., William M. Burns, Erich Hunziker, Ph.D., Jonathan K.C. Knowles, Ph.D., Arthur D. Levinson, Ph.D., Debra L. Reed, Charles A. Sanders, M.D., Genentech, Inc., and Roche Holding AG;

WHEREAS, Plaintiff John P. McCarthy Profit Sharing Plan filed a Complaint on August 4, 2008 against Defendants Genentech, Inc., Roche Holding, LTD, Roche Holdings, Inc., Roche Holding AG, Arthur D. Levinson, Herbert W. Boyer, William M. Burns, Erich Hunziker, Jonathan K.C. Knowles, Debra L. Reed, and Charles Sanders;

WHEREAS, Plaintiff Ernest Gottdiener filed a Complaint on August 5, 2008 against Defendants Arthur D. Levinson, Ph.D., Charles A. Sanders, M.D., Jonathan K.C. Knowles, Ph.D., William M. Burns, Erich Hunziker, Ph.D., Herbert W. Boyer, Ph.D., Debra L. Reed, Genentech, Inc., and Roche Holding AG;

WHEREAS, the undersigned parties have met and conferred and anticipate that these actions are related;

WHEREAS, the undersigned parties further anticipate that these related actions will be consolidated and that, following appointment of a lead plaintiff and lead counsel by the Court, a Consolidated Amended Class Action Complaint will be filed;

WHEREAS, no defendant, by agreeing to this stipulation, waives any right to object to service or the jurisdiction of this Court;

WHEREAS, the undersigned parties wish to avoid burdening the Court with unnecessary motion practice;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, as follows:

1. No defendant need respond to any of the initial complaints filed in the above-captioned matters;

2. Lead Plaintiffs shall file a Consolidated Amended Class Action Complaint no later than sixty (60) days after the appointment of Lead Plaintiffs and approval of Lead Counsel;

3. Defendants shall answer or otherwise respond to the Consolidated Amended Complaint no later than forty-five (45) days after the Consolidated Amended Complaint is filed.

Dated: August 21, 2008                    Respectfully submitted,

                                         WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation

                                         By: _____/s/_____
                                              Ignacio E. Salceda

                                         Attorneys for Defendants
                                         GENENTECH, INC. AND ARTHUR D. LEVINSON

| | |
|---|---|
| Dated: August 21, 2008 | DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 450.3800<br><br>and<br><br>DAVIS POLK & WARDWELL<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>Telephone: (650) 752-2000<br>Facsimile: (650)752-2111<br><br>By: _____/s/_____<br>         Lawrence Portnoy<br><br>Attorneys for Defendant<br>Roche Holdings, Inc. |
| Dated: August 21, 2008 | LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br><br>By: _____/s/_____<br>         Paul H. Dawes<br><br>Attorneys for Defendants<br>Herbert W. Boyer, Ph.D., Debra L. Reed, and<br>*specially appearing*, Charles A. Sanders |
| Dated: August 21, 2008 | WOLF HALDENSTEIN ADLER FREEMN<br>& HERZ, LLP<br>Francis M. Gregorek<br>Betsy C. Manifold<br>Rachele R. Rickert<br>750 B Street, Sute 2770<br>San Diego, CA 92101<br>Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599<br><br>By: _____/s/_____<br>         Betsy C. Manifold<br><br>Attorneys for Plaintiff Arnold Wandel, and all others similarly situated |

...

WOLF HALDENSTEIN ADLER FREEMN & HERZ, LLP
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

-and-

LAW OFFICES OF MARC S. HENZEL
Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
Telephone: (610) 660-8000
Facsimile: (610) 660-8080

Dated: August 21, 2008

SPECTOR, ROSEMAN & KODROFF, P.C.
Robert M. Roseman
Jay Cohen
Andrew Abramowitz
Rachel E. Kopp
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

By: _____/s/_____
Andrew D. Abramowitz

Attorneys for Plaintiff John P. McCarthy Profit Sharing Plan, Class Members, and all others similarly situated

-and-

LEVY, RAM & OLSON
Michael F. Ram
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 27, 2008

_____
United States Judge Samuel Conti

*IT IS SO ORDERED — United States District Court, Northern District of California*